# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KATHRYN LEE FRIEDMAN, LMHC,**
Appellant,

v.

**DEPARTMENT OF HEALTH, BOARD OF CLINICAL SOCIAL WORK, MARRIAGE AND FAMILY THERAPY, AND MENTAL HEALTH COUNSELING,**
Appellee.

No. 4D17-3896

[October 18, 2018]

Appeal from the State of Florida, Department of Health, Board of Clinical Social Work, Marriage and Family Therapy and Mental Health Counseling; Jennifer Werhold, Executive Director on behalf of Lisa Bolhouse, LCSW, Chair; DOH Case No. 2014-08875, DOAH Case No. 16-6322PL, License No. MH3430 & Final Order No. DOH-17-2169-FOF-MQA.

Richard H. Levenson and Abby M. Spears of Nason, Yeager, Gerson, White & Lioce, P.A., Palm Beach Gardens, for appellant.

Christine E. Lamia, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***